UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>        Plaintiff,<br><br>    v.<br><br>J. BARRIOS,<br><br>        Defendant. | Case No.: 1:16-cv-01695-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION UNDER EX PARTE STATUS REQUESTING RESPONSE TO FILED DOCUMENTS AS MOOT<br><br>(ECF No. 8) |

Plaintiff Mario King ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and the request was granted on November 8, 2016. (ECF No. 5.)

On April 5, 2017, Plaintiff filed the instant motion requesting a response to ECF Nos. 2 and 3. Plaintiff contends that he has not received a response to his request to proceed in forma pauperis, and requests an explanation as to why he is still being charged the filing fee of $350. (ECF No. 8.)

With respect to ECF No. 2, the Court responded to Plaintiff's motion to proceed in forma pauperis in an order dated November 8, 2016, granting Plaintiff's motion. (ECF No. 8.) With respect to ECF No. 3, this is the Court's first informational order, and as such does not require a response from the Court. Therefore, Plaintiff's request for a response to ECF Nos. 2 and 3 is unnecessary and shall be denied as moot.

Plaintiff is reminded that a grant of leave to proceed in forma pauperis merely authorizes "the commencement, prosecution or defense of any suit . . . without **prepayment** of fees." 28 U.S.C. § 1915(a)(1) (emphasis added).  Though Plaintiff has been granted leave to proceed in forma pauperis, he remains obligated to pay the statutory filing fee of $350.00.  28 U.S.C. § 1915(b)(1) ("Notwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee.").

For the foregoing reasons, Plaintiff's motion requesting a response to filed documents, (ECF No. 8), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE