1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO KING,                              Case No. 1:16-cv-01695-DAD-BAM (PC)

12                    Plaintiff,              ORDER DENYING MOTION FOR
                                              EXTENSION OF TIME TO FILE AMENDED
13        v.                                  COMPLAINT

14   J. BARRIOS,                              (ECF No. 17)

15                    Defendant.              ORDER DIRECTING CLERK OF COURT TO
                                              RE-SERVE OCTOBER 16, 2017 FINDINGS
16                                            AND RECOMMENDATIONS ON
                                              PLAINTIFF
17
                                              Objections to Findings and Recommendations:
18                                            **Fourteen (14) Day Deadline**

19

20        Plaintiff Mario King ("Plaintiff") is a state prisoner proceeding pro se and in forma

21   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

22        On October 16, 2017, the Court issued findings and recommendations finding that

23   Plaintiff's second amended complaint failed to comply with Federal Rule of Civil Procedure 8

24   and failed to state a claim upon which relief may be granted, and recommending dismissal of this

25   action. (ECF No. 16.) Those findings and recommendations were served on Plaintiff and

26   contained notice that any objections thereto were to be filed within fourteen (14) days after

27   service. (Id. at 6.) Thus, Plaintiff's objections are currently due on or before November 2, 2017.

28   ///

                                              1

Currently before the Court is Plaintiff's motion for a thirty-day extension of time to file an amended complaint. (ECF No. 17.) Plaintiff seeks an additional thirty days to prepare an amended complaint, due to prison lock downs.

Plaintiff is advised that no amended complaint is currently due. The Court's findings and recommendations recommended dismissal of this action, and no leave to amend was granted. Therefore, the motion for extension of time to file an amended complaint shall be denied.

However, as it appears Plaintiff has misunderstood the Court's findings and recommendations, the Court will grant Plaintiff an additional fourteen days to file any objections to the findings and recommendations. This should allow Plaintiff sufficient time to review the findings and recommendations and comply with that order. Plaintiff is reminded that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. Wilkerson v. Wheeler, 772 F.2d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an enlargement of time (ECF No. 17) is DENIED;

2. The Clerk of the Court is DIRECTED to re-serve the Court's October 16, 2017 findings and recommendations, (ECF No. 16) on Plaintiff at his current address of record; and

3. Plaintiff's objections to the findings and recommendations, if any, are due within **fourteen (14) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 3, 2017**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE